## **Certificate of Service**

Pursuant to USCIT R. 5 and Paragraphs 5 and 6 of Administrative Order 02-01 of the U.S. Court of International Trade, I hereby certify that on the 9th day of August 2024, I have caused service of the following document(s):

| |
|---|
| Ct. No. 24-00118 |
| Complaint |

to be made in the manner described below:

    A.    **By hand, addressed to the following parties:** (List names and addresses of parties so served, and if service is upon an attorney, the name of the party represented by the attorney.)

| |
|---|
|   |

    B.    **By certified or registered mail, return receipt requested**, **addressed to the following parties**: (List names and addresses of parties so served, and if service is upon an attorney, the name of the party represented by the attorney.)

| |
|---|
| Attorney in Charge <br> International Trade Field Office <br> U.S. Department of Justice, <br> Civil Division Room 346, <br> Third Floor <br> 26 Federal Plaza <br> New York, NY 10278 <br><br> Supervising Attorney <br> U.S. Department of Justice <br> Commercial Litigation Branch <br> Civil Division <br> P.O. Box 480 <br> Ben Franklin Station <br> Washington, DC 20044 <br><br> Office of the General Counsel <br> U.S. Department of Commerce <br> 14th Street and Constitution Avenue, <br> NW., Washington, DC 20230 <br><br> Gregory S. Menegaz, Esq. <br> deKieffer & Horgan |

1156 15th Street, NW Suite 1101
Washington, DC 20005

Yangfan Xie
Embassy of the Peoples Republic of China
Economic and Commercial Office
2133 Wisconsin Avenue, NW
Washington, DC 20007

C. **By first-class mail, addressed to the following parties**: (List names and addresses of parties so served, and if service is upon an attorney, the name of the party represented by the attorney.)

D. **By express mail or overnight carrier, addressed to the following parties**: (List names and addresses of parties so served, and if service is upon an attorney, the name of the party represented by the attorney.)

/s/  James R. Cannon, Jr.
CASSIDY LEVY KENT (USA) LLP
2112 Pennsylvania Ave NW, Suite 300
Washington, DC 20037
202-567-2318
jcannon@cassidylevy.com

(Name, Affiliation and Address of Person Effectuating Service)