**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| BIO-LAB, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant,<br><br>　　and<br><br>JUANCHENG KANGTAI CHEMICAL CO., LTD., et al.,<br><br>　　　　　　　Defendant-Intervenors. | **Court No. 24-00118** |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Jennifer Choe-Groves.

Dated at New York, New York, this 7th day of July, 2025.

　　　　　　　　　　　　　　　　　　/s/ Mark A. Barnett
　　　　　　　　　　　　　　　　　　Mark A. Barnett
　　　　　　　　　　　　　　　　　　Chief Judge