## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES

| | |
|---|---|
| BIO-LAB, INC., *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 24-00118 |
| Defendant, | ) |
| and | ) |
| JUANCHENG KANGTAI, CHEMICAL CO., LTD., and HEZE HUAYI CHEMICAL CO., LTD., | ) |
| Defendant-Intervenors. | ) |

### NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, Tate Walker, hereby enters an appearance as the principal attorney of record for defendant, the United States, in place of Mikki Cottet. Ms. Cottet should be terminated as counsel for the case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

/s/ Tate N. Walker
TATE N. WALKER
Trial Attorney

|  |  |
|---|---|
|  | Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel.: (202) 307-0163<br>Email:  Tate.Walker@usdoj.gov |
| November 17, 2025 | Attorneys for Defendant |