|  |  |
|---|---|
| **BIO-LAB, INC., INNOVATIVE WATER CARE, LLC (F/K/A CLEARON CORP.), AND OCCIDENTAL CHEMICAL CORPORATION,**<br><br>　　　**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>　　　**Defendant,**<br><br>**and**<br><br>**JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMCIAL CO., LTD.,**<br><br>　　　**Defendant-Intervenors.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Court No. 24-00118** |

## AMENDED SCHEDULING ORDER

Upon consideration of Defendant's Consent Motion for An Extension of Time and Revised Schedule on Remand, ECF No. 56, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendant's Consent Motion for An Extension of Time and Revised Schedule on Remand, ECF No. 56, is granted in part and denied in part; and it is further

**ORDERED** that this case shall proceed according to the following schedule:

1. Commerce shall file its remand redetermination on or before May 5, 2026;

2. Commerce shall file the administrative record on or before May 11, 2026;

3. Comments in opposition to the remand redetermination shall be filed on or before June 4, 2026;

4.  Comments in support of the remand redetermination shall be filed on or before July 7, 2026; and

5.  The joint appendix shall be filed on or before July 22, 2026.

| Event | Prior Deadline | Current Deadline |
|---|---|---|
| Remand Redetermination | April 20, 2026 | **May 5, 2026** |
| Administrative Record | May 4, 2026 | **May 11, 2026** |
| Comments in Opposition to the Remand Redetermination | May 20, 2026 | **June 4, 2026** |
| Comments in Support of the Remand Redetermination | June 22, 2026 | **July 7, 2026** |
| Joint Appendix | June 29, 2026 | **July 22, 2026** |

While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts. The Court notes that the dates in this order were proposed by the Parties and the Court expects that the Parties will be able to meet these deadlines.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:      April 16, 2026
          New York, New York