**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| **BIO-LAB, INC., INNOVATIVE WATER CARE, LLC (F/K/A CLEARON CORP.), AND OCCIDENTAL CHEMICAL CORPORATION,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>    **Defendant,**<br><br>**and**<br><br>**JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMCIAL CO., LTD.,**<br><br>    **Defendant-Intervenors.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Court No. 24-00118** |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Oral Argument, ECF No. 76, and all other papers and proceedings in this action, it is hereby

**ORDERED** that oral argument on the Final Results of Redetermination Pursuant to Court Remand, ECF No. 60-1, shall be held on August 11, 2026, from 10:00 a.m. EST to 12:00 p.m. EST in Courtroom 1 at the United States Court of International Trade.

 /s/ Jennifer Choe-Groves  
Jennifer Choe-Groves, Judge

Dated:        August 5, 2026  
        New York, New York